# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASE.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska, | CASE NO. CI 19 - |
| | Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship |
| **Plaintiff,** | |
| v. | |
| THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England, aka THE SPAMHAUS PROJECT LTD, | Trial in Omaha, Nebraska |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827,828 (8th Cir. 2004), DatabaseUSA.com LLC, makes the following disclosures concerning companies, subsidiaries, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

This party is a limited liability company or limited liability partnership and identifies the following members and their state of citizenship:

| Member | State |
|---|---|
| Everest Group, LLC | NV |
| Fred Vakili | NE |
| Monica Messer | NE |
| Rakesh Gupta | NE |
| Erich Kaiser | NE |
| Michael Scott | NE |
| Glenn Prettyman | NE |

1

| | |
|---|---|
| Marie Drews | NE |
| Christine Smailys | NE |
| Brad Roselle | NE |

DATED this 25th day of September, 2019.

Databaseusa.com LLC,
Plaintiff

BY: */s/ Robert S. Sherrets*
Robert S. Sherrets, NE #24791
Sherrets Bruno & Vogt LLC
260 Regency Parkway Drive, Suite 200
Omaha, NE 68114
phone: (402) 390-1112
fax: (402) 390-1163
law@sherrets.com
ATTORNEYS FOR THE PLAINTIFF