IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska;<br><br>                Plaintiff,<br><br>   vs.<br><br>THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England;<br><br>                Defendant. | **8:19CV423**<br><br>**ORDER TO SHOW CAUSE** |

      This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

      The complaint was filed on September 25, 2019. ([Filing No. 1](#)). Plaintiff filed return of service indicating personal service on defendant on October 18, 2019. ([Filing No. 6](#)). Defendant has failed to timely answer or otherwise respond to the complaint. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules or take other action as appropriate.

      Accordingly,

      IT IS ORDERED that plaintiff shall have until January 2, 2019 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 3rd day of December, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge