**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DatabaseUSA.com LLC<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>The Spamhaus Project<br><br>　　　　　　　Defendants. | Case No. 8:19CV423<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　The defendant The Spamhaus Project, having failed to plead or otherwise defend in this action,

　　　Now, upon application of the plaintiff and upon affidavit that the time within which the defendant may answer or otherwise respond to the complaint, has expired; and that no answer or other response has been filed, and there has been no extension of such time.

　　　It is hereby ORDERED, ADJUDGED AND DECREED that default in this action is hereby entered in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

　　　DATED: December 6, 2019.

　　　　　　　　　　　　　　　　　　OFFICE OF THE CLERK

　　　　　　　　　　　　　　　　　　By:　　Lindsey Olson
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Forms-Default_Clerk
Approved: 12/22/14