UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC, <br> a Nevada Limited Liability Company <br> with its principal place of business <br> in the State of Nebraska, <br><br> Plaintiff, <br><br> v. <br><br> THE SPAMHAUS PROJECT, a <br> company limited by guarantee and <br> organized under the laws of England, <br> aka THE SPAMHAUS PROJECT LTD, <br><br> Defendant. | CASE NO.:  8:19-cv-423 <br><br><br><br> **MOTION FOR COURT'S** <br> **ENTRY OF DEFAULT** <br> **JUDGMENT AND REQUEST** <br> **FOR EVIDENTIARY HEARING** |

COMES NOW Plaintiff Databaseusa.com LLC ("Database") and pursuant to Federal Rule of Civil Procedure 55(b)(2) and NECivR 55.1(c) hereby moves for a Court's Entry of Default Judgment in its favor on all claims it has asserted against The Spamhaus Project ("Spamhaus").

In support of this Motion, Plaintiff has offered the Affidavits of Fred Vakili and Alysia Waller as well as the attached Brief in Support of Plaintiff's Motion for Court's Entry of Default Judgment. Defendant Spamhaus is not a minor or incompetent pursuant to Fed. R. Civ. P. 55(b)(2). Plaintiff is submitting a proposed judgment for the Court's consideration.

Plaintiff requests an evidentiary hearing before the trial judge to prove the damages in this case. Plaintiff anticipates the evidentiary hearing will not take longer than one hour.

WHEREFORE Database respectfully requests that the Court enter a Default Judgment in its favor.

DATED this 27th day of December, 2019.

                              DATABASEUSA.COM LLC,
                              Plaintiff

BY:   */s/ Robert S. Sherrets*
       Robert S. Sherrets, NE #24791
       James L. Schneider, NE #25825
       Sherrets Bruno & Vogt LLC
       260 Regency Parkway Drive, Suite 200
       Omaha, NE 68114
       Telephone: (402) 390-1112
       Facsimile: (402) 390-1163
       law@sherrets.com
       ATTORNEYS FOR THE PLAINTIFF