UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC,<br>a Nevada Limited Liability Company<br>with its principal place of business<br>in the State of Nebraska,<br><br>    Plaintiff,<br><br>v.<br><br>THE SPAMHAUS PROJECT, a<br>company limited by guarantee and<br>organized under the laws of England,<br>aka THE SPAMHAUS PROJECT LTD,<br><br>    Defendant. | CASE NO.:   8:19-cv-423<br><br><br>INDEX OF EVIDENCE IN SUPPORT<br>OF MOTION FOR COURT'S ENTRY<br>OF DEFAULT JUDGMENT |

COME NOW Plaintiff DatabaseUSA.com LLC and respectfully submits the following Index of Evidence in Support of its Motion for Court's Entry of Default Judgment:

**Exhibit No.**       **Description**

1. Affidavit of Fred Vakili

   A. Exhibit A to the Affidavit of Fred Vakili: Spamhaus Domain Block List Description.

   B. Exhibit B to the Affidavit of Fred Vakili: June 20, 2019 Email Chain re DBL removal request for databaseusa[.]com.

   C. Exhibit C to the Affidavit of Fred Vakili: Spamhaus Blocklist Removal Center.

2. Affidavit of Alysia Waller

                DATABASEUSA.COM LLC,
                Plaintiff

BY:   /s/ Robert S. Sherrets
        Robert S. Sherrets, NE #24791
        James L. Schneider, NE #25825
        Sherrets Bruno & Vogt LLC
        260 Regency Parkway Drive, Suite 200
        Omaha, NE 68114
        Telephone: (402) 390-1112
        Facsimile: (402) 390-1163
        law@sherrets.com
        ATTORNEYS FOR THE PLAINTIFF