UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC,<br>a Nevada Limited Liability Company<br>with its principal place of business<br>in the State of Nebraska,<br><br>Plaintiff,<br><br>v.<br><br>THE SPAMHAUS PROJECT, a<br>company limited by guarantee and<br>organized under the laws of England,<br>aka THE SPAMHAUS PROJECT LTD,<br><br>Defendant. | CASE NO.:   8:19-cv-423<br><br><br>AFFIDAVIT OF ALYSIA WALLER |

I, Alysia Waller, being first duly sown, upon oath, depose and state as follows:

1. I am an individual over the age of 19 years working in Omaha, Nebraska, and do not suffer from any disability which would impact my testimony. I have personal knowledge of all matters set forth herein.

2. I am the office manager of Sherrets Bruno & Vogt LLC, which is the law firm representing Databaseusa.com LLC ("Database").

3. As part of my duties, I maintain the business records of Sherrets Bruno & Vogt LLC.

4. I was responsible for issuing the summons in this case.

5. On September 25, 2019, I caused to be filed a request for a Summons to be issued upon The Spamhaus Project ("Spamhaus") in the above captioned case. A true and correct copy of the Request for Summons is in the record as Doc. 2.

1

6.  Spamhaus is not an infant or incompetent person, it is a United Kingdom non-profit limited liability company.

7.  On September 25, 2019, the summons was issued and is in the record as Doc. 5.

8.  On or about October 24, 2019, we received an affidavit from the process server, Philip Smith, which states that he issued service on Spamhaus on October 18, 2019. Proof of service has been provided and filed with the Court as Doc. 6. Service was issued on Charlie Benn, who is authorized to accept service on behalf of Spamhaus.

**FURTHER AFFIANT SAYETH NOT.**

_____
Alysia Waller

STATE OF NEBRASKA   )
                    )ss
COUNTY OF DOUGLAS   )

SUBSCRIBED AND SWORN TO before me this 27th day of December, 2019, by Alysia Waller.

GENERAL NOTARY - State of Nebraska
AMBER MERICLE
My Comm. Exp. April 10, 2023

_____
Notary Public