IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska;<br><br>Plaintiff,<br><br>vs.<br><br>THE SPAMHAUS PROJECT,<br><br>Defendant. | 8:19CV423<br><br>ORDER |

This matter is before the court on its own motion. The evidentiary hearing currently scheduled for March 19, 2020 at 9:00 a.m. is rescheduled to March 12, 2020 at 1:30 p.m. in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge