FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 MAR -5 AM 10: 52

OFFICE OF THE CLERK

Doc #19

The Spamhaus Project
Communications House
26 York Street
Marylebone, London
, W1U 6PZ

---

RECEIVED

MAR - 5 2020

CLERK
U.S. DISTRICT COURT

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS



OMAHA NE 680
03 MAR '20
PM 2 L



Hasler
03/03/2020
US POSTAGE   $00.50⁰

FIRST-CLASS MAIL

ZIP 68508
011D11644472



RECEIVED

MAR - 5 2020

CLERK
U.S. DISTRICT COURT