IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DATABASEUSA.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska;<br><br>Plaintiff,<br><br>vs.<br><br><br>Defendant. | **WITNESS LIST**<br><br>Case No.   8:19CV423<br>Deputy:    Tiwauna Lawrence<br>Reporter:  Rogene Schroder<br>Date:      March 13, 2020 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Fred Vakili | March 13, 2020 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |