IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska;<br><br>Plaintiff,<br><br>vs.<br><br>THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England also known as The Spamhaus Project LTD<br><br>Defendant. | 8:19CV423<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

1. Judgment is entered in favor of plaintiff DatabaseUSA.com LLC and against defendant The Spamhaus Project in the nominal amount of one dollar ($1.00).

2. The Court retains jurisdiction to enforce the Injunction entered in this action.

3. This action is dismissed, the parties to bear their own costs.

Dated this 27th day of July, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge