IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATABASEUSA.COM LLC, a Nevada Limited Liability Company with its principal place of business in the State of Nebraska;<br><br>Plaintiff,<br><br>vs.<br><br>THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England also known as The Spamhaus Project LTD<br><br>Defendant. | 8:19CV423<br><br>**PERMANENT INJUNCTION** |

Pursuant to the Memorandum and Order entered this date, because it has been determined that defendant The Spamhaus Project defamed the plaintiff and tortiously interfered with the plaintiff's business relationships by wrongfully listing DatabaseUSA.com on Spamhaus's domain block list from 2017 to the present, and in accordance with Federal Rule of Civil Procedure 65,

IT IS HEREBY ORDERED:

1. Defendant The Spamhaus Project shall publish a statement, referring to this action by name and case number (i.e., *DatabaseUSA.com LLC v. The Spamhaus Project*, No. 8:19-CV-423 (D. Neb), on its domain block list website stating that DatabaseUSA.com LLC was wrongfully included on the blocklist from May 2017 until the date of this order.

2. If defendant The Spamhaus Project lists DatabaseUSA.com on its blocklist from and after the date of this order, it shall provide

DatabaseUSA.com LLC with an explanation for doing so and an explanation as to how DatabaseUSA.com can be removed from the blocklist.

Dated this 27th day of July, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge